
**Individualized Needs Plan - Program Review** (File copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HORNEZES, JOHN JAMES 38751-068

SEQUENCE: 02192153
Team Date: 09-30-2020

Facility: ELK ELKTON FCI
Name: HORNEZES, JOHN JAMES
Register No.: **38751-068**
Age: 46
Date of Birth: 01-08-1974
Proj. Rel. Date: 01-21-2025
Proj. Rel. Method: GCT REL

DNA Status: ELK08806 / 12-17-2019
CIMS Status: NO
CIMS Reconciled: N/A

3

## Contact Information

**Emergency contact #1**
Tamila Hornezes, WIFE
1357 Oakhill Street, Pittsburgh, PA 15212 US
phone (mobile) : 412-865-6938

**Inmate is subject to 18 U.S.C. 4042(B) Notification:** Yes
CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:** N/A

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE & POSSESS W/ INT TO DISTRIBUTE 500GRAMS OE MORE OF COCAINE(CT1)21:841(A)(1)&841(B)(1)(B)(III) POSSESSION WITH INTENT TO DISTRIBUTE 28GMS OR MORE OF COCAINE BASE, FORM COMMONLY KNWN AS CRACK,A SCHDL II CS(CT2) 18:922(G) (1)&924(C) POSSESSION OF A FA & AMMO BY A | 72 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 03-02-2020 |
| CV-HC DENY | COVID HOME CONFINEMENT DENIAL | 09-09-2020 |
| DEPEND Y | DEPENDENTS UNDER 21 - YES | 01-07-2020 |
| PHOTO ID Y | PHOTO ID - YES | 12-22-2019 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 03-10-2020 |
| SSN CARD Y | SOCIAL SECURITY CARD - YES | 03-02-2020 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 01-07-2020 |
| VETERAN N | VETERAN - NO | 01-07-2020 |
| V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 12-19-2019 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 11-13-2019 |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | C COMP PM | FSL COMPOUND ORDERLY PM | 10-01-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 01-07-2020 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-07-2020 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | | SPINNING M 6 PM | 01-28-2020 | CURRENT |
| ELK CAD | C | FSL AIDS AWARENESS RPP<HN> | 09-22-2020 | 09-22-2020 |
| ELK | C | BLDG TRDS: INSULATION/BARRIERS | 02-03-2020 | 02-07-2020 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 01-09-2020 | 01-09-2020 |

## Discipline History (Last 6 months)

 Individualized Needs Plan - Program Review (File copy)  
Dept. of Justice / Federal Bureau of Prisons  
SEQUENCE: 02192153  
Team Date: 09-30-2020  
Plan is for inmate: HORNEZES, JOHN JAMES 38751-068

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ELK CAD M | A-DES | TRANSFER RECEIVED | 09-15-2020 | CURRENT |
| ELK | A-DES | US DISTRICT COURT COMMITMENT | 12-17-2019 | 09-15-2020 |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-17-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-23-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 07-20-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-03-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-03-2020 |

## Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 12-23-2019 |
| ED NONE | DRUG EDUCATION NONE | 12-19-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 12-23-2019 |

## FRP Details

Most Recent Payment Plan

FRP Assignment: **PART** FINANC RESP-PARTICIPATES Start: **12-22-2019**
Inmate Decision: **AGREED** **$75.00** Frequency: **QUARTERLY**
Payments past 6 months: **$50.00** Obligation Balance: **$225.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $225.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-12-2020 | ELK | PAYMENT | INSIDE PMT | $25.00 |
| | 06-12-2020 | ELK | PAYMENT | INSIDE PMT | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months: $1,867.41    Payments commensurate? Y
New Payment Plan: ** No data **

## Progress since last review

Due to Covid-19 there have been no classes offered

## Next Program Review Goals

The only classes being offered at this time are ACE classes through education. There will be one class per month (at this time we do not know the name of the classes) Your goal is to complete all the ACE classes education offers until classes resume normal operations.

## Long Term Goals

Complete the typing, ASL, Spanish, cdl, and NRES classes/programs by 1-2025.

## RRC/HC Placement

No.
Management decision - staff will review 17-19 months to your PRD.

## Comments



**Individualized Needs Plan - Program Review** ( e copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HORNEZES, JOHN JAMES  38751-068

SEQUENCE: 02192153
Team Date: 09-30-2020

Judicial Recommendations: Yes, Close as possible to the Western District of Pennsylvania.
Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
- \_\_ Any history of Bankruptcy
- \_\_ No bank account
- \_\_ No assets nor liabilities noted in PSR
- _x_ Debts noted in Credit Report or other sources
- \_\_ Tax Liabilities/back taxes
- \_\_ Unpaid alimony/child support
- \_\_ other indications of lack of financial management skills (specify)

YES __xx____    NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.

Nichols Institute, Chantilly

PATIENT INFORMATION
**HORNEZES, JOHN**

DOB: 01/08/1974     Age: 46Y
SEX: M

ID: 38751-068
PHONE: 330 4206200

REPORT STATUS     **Final**

ORDERING PHYSICIAN
**MCNUTT**
CLIENT INFORMATION
22991
FCI - ELKTON - ELK

8730 SCROGGS RD
LISBON, OH 44432

SPECIMEN INFORMATION
SPECIMEN:       CH325261M
REQUISITION:    0003993
LAB REF NO:     229910003993

COLLECTED:  06/25/2020    00:00
RECEIVED:   06/26/2020    06:40
REPORTED:   06/26/2020    16:03

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
|   SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
|   SARS CoV 2 RNA | | Detected | Not Detected | |

A Detected result is considered a positive test result for COVID-19. This indicates that RNA from SARS-CoV-2 (formerly 2019-nCoV) was detected, and the patient is infected with the virus and presumed to be contagious. If requested by public health authority, specimen will be sent for additional testing.
CRITICAL VALUE REPORT

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/QuestLDT/fact-sheet
https://www.questdiagnostics.com/home/Covid-19/Patients/QuestLDT/fact-sheet.html

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19

HORNEZES, JOHN - CH325261M

Page 1 - Continued on Page 2

Nichols Institute, Chantilly

SPECIMEN INFORMATION
SPECIMEN: CH907791L
REQUISITION: 0002471
LAB REF NO: 229910002471

COLLECTED: 06/08/2020 00:00
RECEIVED: 06/09/2020 04:30
REPORTED: 06/09/2020 14:26

PATIENT INFORMATION
**HORNEZES, JOHN**

DOB: 01/08/1974  Age: 46Y
SEX: M

ID: 38751-068
PHONE: 330 4206200

REPORT STATUS  **Final**

ORDERING PHYSICIAN
**DUNLOP, JOHN J**
CLIENT INFORMATION
22991
FCI - ELKTON - ELK

8730 SCROGGS RD
LISBON, OH 44432

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | AMD |
| SARS CoV 2 RNA(COVID 19), QL NAAT | | | | |
| SARS CoV 2 RNA | Not Detected | | Not Detected | |

A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.
A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/QuestIVD/fact-sheet.html
https://www.questdiagnostics.com/home/Covid-19/Patients/QuestIVD/fact-sheet.html

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT)





HORNEZES, JOHN - CH907791L

Page 1 - Continued on Page 2

|  |  |  |
|---|---|---|
| Nichols Institute, Chantilly | PATIENT INFORMATION<br>HORNEZES, JOHN | REPORT STATUS **Final** |
|  | DOB: 01/08/1974   Age: 46Y<br>SEX: M | ORDERING PHYSICIAN<br>**MCNUTT, KATHY**<br>CLIENT INFORMATION<br>22991 |
| SPECIMEN INFORMATION<br>SPECIMEN:   CH651735M<br>REQUISITION: 0005740<br>LAB REF NO:  229910005740 | ID: 38751-068<br>PHONE: 330 4206200 | FCI - ELKTON - ELK<br><br>8730 SCROGGS RD<br>LISBON, OH 44432 |
| COLLECTED: 07/09/2020   00:00<br>RECEIVED:  07/10/2020   06:28<br>REPORTED:  07/10/2020   20:35 |  |  |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QL NAAT |  |  |  | AMD |
| SARS CoV 2 RNA(COVID 19), QL NAAT |  |  |  |  |
| SARS CoV 2 RNA | Not Detected |  | Not Detected |  |

*Handwritten note:* Look At other Date's on The Results It will show how They Messed us up Because No Social Distance.

A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.
A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/QuestLDT/fact-sheet
https://www.questdiagnostics.com/home/Covid-19/Patients/QuestLDT/fact-sheet.html

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)

# TRIANGLE TECH
1940 PERRYSVILLE AVENUE, PITTSBURGH, PENNSYLVANIA 15214-3897

## STUDENT TRANSCRIPT
### MAINTENANCE ELECTRICITY AND CONSTRUCTION TECHNOLOGY
72 Credit Associate in Specialized Technology Degree Program

Name: Hornezes, John  
Address: 2620 Kenn Avenue  
Pittsburgh, PA 15214  

Student No.: 10101008  
Phone No.: (412) 322-1386  
Re-entered:  

Enrolled: 02/20/2001  
Graduated: 10/08/2002  
Withdrew:  

| SEMESTER | COURSE | TITLE | GRADE | CREDITS |
|---|---|---|---|---|
| ME 02/01 | | | | |
| | ELE110/A | ESSNTL OF ELEC/ELETR | D | 2.00 |
| | ELE130/A | TOOLS & SAFETY | C | 2.00 |
| | ELE140/A | RESID. CIRCUIT DESGN | F | 5.00 |
| | ELE150/A | RES CONST/ELEC FLOOR | F | 3.00 |
| | TRI110/A | TECHNICAL MATH | C | 1.00 |
| | TRI120/A | ALGEBRA | D | 3.50 |
| | TRI160/A | INTRO TO COMPUTERS | F | 1.50 |
| | TRI190/A | STUDY SKILLS | P | |
| | | Term QPA: 0.64 | | 8.50 |
| | | Cumulative QPA: 0.64 | | 8.50 |
| ME 06/01 | | | | |
| | ELE140/A | RESID. CIRCUIT DESGN | C | 5.00 |
| | ELE150/A | RES CONST/ELEC FLOOR | D | 3.00 |
| | TRI160/A | INTRO TO COMPUTERS | C | 1.50 |
| | | Term QPA: 1.68 | | 9.50 |
| | | Cumulative QPA: 1.53 | | 18.00 |
| ME 10/01 | | | | |
| | ELE211/A | SIN/PHASE PWR TRANS | C | 3.00 |
| | ELE220/A | THREE-PHASE TRANBANK | B | 3.00 |
| | ELE230/A | RES/COMM SERVICES | C | 4.00 |
| | ELE260/A | SPEC OCCUP & CONDIT | B | 2.00 |
| | ELE270/A | INTRO TO AC/DC MOTOR | C | 3.00 |
| | ELE313/A | OVERCURRENT PROTECT | C | 3.00 |
| | | Term QPA: 2.28 | | 18.00 |
| | | Cumulative QPA: 1.90 | | 36.00 |
| ME 02/02 | | | | |
| | ELE250/A | COMM POWER DISTRIB. | B | 3.00 |
| | ELE320/A | ELEC DISCH LIGHT/LUM | B | 2.00 |
| | ELE330/A | LOW VOLT/SPEC SIG | A | 4.00 |
| | ELE340/A | INDUS DIST & PANELBD | C | 2.00 |
| | ELE350/A | THREE PHSE/MTR/INSTL | A | 4.00 |
| | ELE360/A | INTRO PROG LOGIC CON | B | 3.00 |
| | | Term QPA: 3.33 | | 18.00 |
| | | Cumulative QPA: 2.38 | | 54.00 |
| ME 06/02 | | | | |
| | ELE241/A | RACEWAY SYSTEMS | C | 4.50 |
| | ELE430/A | INDUSTRIAL CONTROLS | B | 4.00 |
| | ELE440/A | DEV/INSTL OF PRO CON | B | 4.00 |
| | ELE451/A | COST EST & TECH WRT | B | 4.50 |
| | TRI410/A | JOB COMMUNICATIONS | A | 1.00 |
| | | Term QPA: 2.81 | | 18.00 |
| | | Cumulative QPA: 2.49 | | 72.00 |

GRADING KEY: A=4.00  B=3.00  C=2.00  D=1.00  F=0.00  OVERALL ATTENDANCE: 85.1%

HIGH HONORS (3.75-4.00)    HONORS (3.50-3.74)    STUDENT COUNCIL  
SEMESTER: 1 2 3 4 5    SEMESTER: 1 2 3 4 5    SEMESTER: 1 2 3 4 5

Director: _____    Date: 11/24/2020

Accredited by the Accrediting Commission of Career Schools and Colleges (ACCSC)    (SEAL)

# MALE PATTERN RISK SCORING

| Register Number: | 38751-068 | Date: | |
|---|---|---|---|
| Inmate Name: | Hornezes | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age<br>41-50<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 14 | 0 | 8 |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN)<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points<br>4 - 6 Points | 0 - 1 Points | 0 | 16 | 0 | 8 |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence<br>> 15 Years Serious | None | 0 | 2 | 0 | 2 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score<br>HS Degree / GED | Not Enrolled | 0 | -4 | 0 | -2 |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status<br>No DAP Completed | No DAP Completed | 0 | 0 | 0 | 0 |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse<br>NO | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| 14. Programs Completed<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs<br>0 Programs | 0 Programs | 0 | 0 | 0 | 0 |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | 28 | Violent: | 16 |
| General/Violent Risk Levels | | General: | Low | Violent: | Low |
| OVERALL MALE PATTERN RISK LEVEL | | | Low | | |



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

Elkton, Ohio 44415

Date: May 1, 2020

Reply to
Attn of: Mark K. Williams, Warden

Subject: Compassionate Release/Reduction in Sentence

To: HORNEZES, John James
Reg. No. 38751-068
Unit FB

This is in response to your request for a reduction in sentence (RIS) based on underlying health issues and concerns about COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance. Health Services staff have reviewed your medical records and determined you do not meet the criteria for a compassionate release/reduction in sentence at this time.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 14, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOHN JAMES HORNEZES, 38751-068
      ELKTON FCI    UNT: UNIT F    QTR: F06-032L
      P.O. BOX 129
      LISBON, OH 44432

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1040345-R1    REGIONAL APPEAL
DATE RECEIVED   : JUNE 28, 2020
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST-OTHER/NON-MEDICAL
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

TRULINCS 38751068 - HORNEZES, JOHN JAMES - Unit: ELK-E-B

---

FROM: Warden
TO: 38751068 HORNEZES, JOHN JAMES
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/21/2020 04:22 PM

Please include the criteria/reason you are applying for a compassionate release and what your release plan is.

>>> ~^!"HORNEZES, ~^!JOHN JAMES" <38751068@inmatemessage.com> 4/9/2020 5:00 PM >>>
To:
Inmate Work Assignment: electrical

HI my name is john hornezes, i know you may not know me personaly but i just writing you to see if maybe i can be considered for a compasionate release. im a married man have been for 24 years. my crimes are comspiricy and im not a violent affender

TRULINCS 38751068 - HORNEZES, JOHN JAMES - Unit: ELK-E-B

---

FROM: 38751068 HORNEZES, JOHN JAMES
TO: Warden
SUBJECT: ***Request to Staff*** HORNEZES, JOHN, Reg# 38751068, ELK-F-B
DATE: 04/22/2020 08:57 AM

To:
Inmate Work Assignment: electrical

Hello, i cant stress enough how grateful i am for your reply. For thee criteria im not to sure, due to this epdimic where all facing COVID19 that is very serious and real espically for us here at ELKTON. so as we are both aware my criteria is very important to me and my family. so with that being said my reason for being here im not a violent offender and my sentence is less then 5 years. my reason for compassionate release is, i have been married for 24 years to tamika hornezes with a loving home 2 children, iraya, lil john, 1 grand child. see they really love and adore me and also depend on me very much. tamika number is 4128656938 for anymore information.And my mother Naomi wilson she is 64 years old and really leans on me also i have been at ELKTON, trouble free since i have arrived i was a self surrender that alone i hope will explain me as a person i hope. and i have had good jobs on the compound before this epdimc i worked at the electirc shop. now im at the medical orderly. Mrs pridemore really appericate my help and i love being apart of the team. i went to trade school to recieve my assoicate degree in electrical and i also have my transcript here with me. my plans are to return home my home i share with my wife and contuine to work. i started my own electrical business before i came to prison and i would very much like to get back to that. also since i been here i have the chace to take sme programs, Challange to a Change, Celebrate Recovery. I hope this is all you need in recommending me for this release and i also hope you take in consideration theses things i have put in this email. and thanks again i look foward to hearing back hope all is well with you and your family GOD bless. MY family is praying so am i thank you very much have a bless day. john hornezes.
-----Warden on 4/21/2020 4:22 PM wrote:

>
Please include the criteria/reason you are applying for a compassionate release and what your release plan is.

>>> ~^!"HORNEZES, ~^!JOHN JAMES" <38751068@inmatemessage.com> 4/9/2020 5:00 PM >>>
To:
Inmate Work Assignment: electrical

HI my name is john hornezes, i know you may not know me personaly but i just writing you to see if maybe i can be considered for a compasionate release. im a married man have been for 24 years. my crimes are comspiricy and im not a violent affender